**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

# CLERK'S MINUTES

**CASE NUMBER:** **CR03-37T** **DATE**: September 16, 2005
**TITLE OF CASE:** USA v. Michael Stanfield

**CHIEF JUDGE:** **ERNEST C. TORRES**

**COURTROOM CLERK:** **Lucia Cristina Leyva**
**COURT REPORTER:** **Joseph Fontes**
**COURT INTERPRETER:** **N/A**
**PROBATION:** **Dennis Jenkins**

---

**COUNSEL PRESENT**

Government: Kenneth P. Madden, AUSA

Defendant: Edward C. Roy, Jr., Esq.

---

**PROCEEDINGS:** **Sentencing on Remand**

All counsel of record present. Defendant present. Court addresses. Court re-establishes guideline range and sentence previously imposed. Defendant allocutes. Government argues that original sentence should stand. Defense argues calculation of guideline range using an alternate conversion ratio. Court finds that the guidelines overstate the penalty for cocaine base v. cocaine powder and determines it can fashion a fair and reasonable sentence using the alternate ratio. Court sentences defendant to 210 months incarceration as to Counts 1 and 2, to be served concurrently. Supervised release for 5 years as to Counts 1 and 2, to be served concurrently. Special conditions: Participate in a continuing substance abuse counseling and treatment program, on an inpatient or outpatient basis, as approved by U.S. Probation; Attend and complete a program for mental health counseling and treatment, on an inpatient or outpatient basis, as approved by U.S. Probation; Drug testing, up to 72 times per year, as approved by U.S. Probation. Court does not impose a fine as it finds the defendant has no ability to pay. Special assessment of $100.00 on each count ($200.00 total). Court recommends to the Bureau of Prisons that the defendant be placed in a facility that can offer substance abuse counseling and treatment.