**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| **VS.** | : | **CR. NO. 03-37T** |
| **MICHAEL STANFIELD** | : | |

**NOTICE OF APPEAL**

NOW COMES the defendant, Michael Stanfield, and notices his appeal to the United States Court of Appeals for the First Circuit from the sentenced imposed on September 16, 2005.

**MICHAEL STANFIELD**
**By his Attorney,**

**EDWARD C. ROY**
**Assistant Federal Public Defender**
**OFFICE OF THE FEDERAL PUBLIC DEFENDER**
**10 Weybosset Street, Suite 300**
**Providence, RI 02903**
**(401) 528-4281**

**CERTIFICATION**

I hereby certify that on this 29th day of September, 2005, I hand-delivered a true copy of the within notice to Kenneth P. Madden, AUSA, Office of the United States Attorney, 50 Kennedy Plaza, 8th Floor, Providence, RI 02903.