# UNITED STATES DISTRICT COURT
## for the
## District of Rhode Island

RECEIVED
SEP 08 2005
U.S. MARSHALS SERVICE DISTRICT OF R.I.

*Case No. CR03-37T*

*To:* ***Warden***
***F.C.I. Otisville, Two Mile Drive***
***Otisville, NY 10963***

YOU ARE HEREBY COMMANDED, to have the **body** of **Michael Stanfield**, by you restrained of **his** liberty, as it is said, by whatsoever means detained, together with the day and cause of **his** being detained, before the Honorable **Ernest C. Torres**, Chief Judge of the United States District Court for the District of Rhode Island, at the court room of said court, in the City of Providence, at ~~12:15~~ 11:30 **o'clock a.m.**, on the **16th** day of **September, 2005**, then and there to do, submit to and receive whatsoever the said Judge then and there determines in that behalf, and have you there and then this writ.

I hereby certify and return that I did bring before the court the within named defendant, on the date and time ordered.

Deputy U.S. Marshal

WITNESS the Honorable **Ernest C. Torres**

United States Chief Judge at Providence, RI
Dated: September 8, 2005.

Re-sentencing

*By* Ernest C. Torres
*Ernest C. Torres, Chief Judge*