# *UNITED STATES DISTRICT COURT*

***for the***

***District of Rhode Island***

***Case No. CR03-37T***

RECEIVED
JUL 06 2005
U.S. MARSHALS SERVICE
DISTRICT OF R.I.

***To:*** ***Warden***
***F.C.I. Otisville, Two Mile Drive***
***Otisville, NY 10963***

YOU ARE HEREBY COMMANDED, to have the **body** of **Michael Stanfield**, by you restrained of **his** liberty, as it is said, by whatsoever means detained, together with the day and cause of **his** being detained, before the Honorable **Ernest C. Torres**, Chief Judge of the United States District Court for the District of Rhode Island, at the court room of said court, in the City of Providence, at **11:45 o'clock a.m.**, on the **23rd** day of **September, 2005**, then and there to do, submit to and receive whatsoever the said Judge then and there determines in that behalf, and have you there and then this writ.

**Return unexecuted, court appearance cancelled.**

Deputy U.S. Marshal

WITNESS the Honorable **Ernest C. Torres**

United States Chief Judge at Providence, RI
Dated: June 20, 2005.

Attest to True Copy
DAVID A. DIMARZIO
By Deputy Clerk

Re-sentencing

*By* Ernest C Torres
***Ernest C. Torres, Chief Judge***
7/5/05