UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

October 19, 2005

Clerk of the Court
United States Court of Appeals
One Courthouse Way, Suite 2235
Boston, MA 02210

RE: CR03-37 USA V. Michael Stanfield

Dear Clerk:

Enclosed you will find the Record on Appeal and a certified copy of the docket entries for the above entitled matter.

Kindly acknowledge receipt for the same on the enclosed copy of this letter.

Sincerely yours,

David DiMarzio
Clerk of Court

BY: Lucia Cristina Leyva
DEPUTY CLERK

U.S. COURT OF APPEALS
RECEIVED
OCT 21 2005
FOR THE FIRST CIRCUIT

05-2583

encl.: Appeal Cover Sheet; Notice of Appeal; Certificate of Clerk; Complete Case File; PSI(sealed); SOR(sealed)

50