03-00037
USDC-RIPR
J. Torres

MANDATE

# United States Court of Appeals
## For the First Circuit

No. 05-2583

UNITED STATES

Appellee

v.

MICHAEL STANFIELD

Defendant - Appellant

2006 AUG 14 P 3:04
FILED IN CLERKS OFFICE
US COURT OF APPEALS
FOR THE FIRST CIRCUIT

**JUDGMENT**

Entered: August 14, 2006
Pursuant to 1st Cir. R. 27(d)

Upon consideration of appellant's unopposed motion, it is hereby ordered that this appeal be voluntarily dismissed pursuant to Fed. R. App. P. 42(b).

**Mandate to issue forthwith.**

By the Court:
Richard Cushing Donovan, Clerk

By: MARGARET CARTER
Chief Deputy Clerk

Certified and Issued as Mandate under Fed. R. App. R 41.
Richard Cushing Donovan, Clerk
Deputy Clerk
Date: 8/14/06

[cc: Kenneth P. Madden, AUSA, Donald Lockhart, AUSA, Bruce Green, Esq. Michael Stanfield, defendant]